A. D. DAVIS v. THE STATE.

No. 21403. Delivered January 29, 1941.

The opinion states the case.

*R. W. Webb,* of Snyder, for appellant.

*Lloyd W. Davidson, State's* Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for the possession of intoxicating liquor for the purpose of sale in dry area, punishment assessed at a fine of $100.00.

No bills of exception are brought forward. The facts have been examined and are sufficient to support the verdict.

The judgment is affirmed.